**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PETER S. HERRICKS'S** ) | |
| **CUSTOMS AND INTERNATIONAL** ) | |
| **TRADE NEWSLETTER,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) **Civil Action No. 04-00377(JDB)** | |
| v. ) | |
| ) | |
| **U.S. CUSTOMS AND BORDER** ) | |
| **PROTECTION,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**DEFENDANT'S SECOND UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME TO ANSWER, MOVE,**
**OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, U.S. Customs and Border Protection, by and through its undersigned attorneys, respectfully moves for an enlargement of time up to and including May 28, 2004 to answer, move, or otherwise respond to the Complaint filed in the above-noted matter. The current deadline is Friday, April 30, 2004. One previous extension has been granted for this purpose. Pursuant to Local Rule 7(m), defendant's counsel telephoned plaintiff's attorney and was informed that plaintiff does not oppose this motion. In support of the motion, defendant states the following.

This case is brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Plaintiff seeks a copy of a document published by defendant. See Compl. ¶ 5. Defendant has committed to producing the publication to plaintiff. However, the Agency requires time to review and redact relevant portions, and provide the publication to plaintiff. Such review and processing will take longer than contemplated when defendant sought its first extension. The

Agency currently anticipates producing the redacted document by May 14, 2004.  Defendant's response to plaintiff's Complaint - i.e., whether to answer, move, file a briefing schedule, or provide some other response - will be impacted by plaintiff's reaction to the production. Accordingly, defendant is seeking a second extension to May 28, 2004 to file its response to plaintiff's Complaint.

Pursuant to Local Rule 7(c), a proposed Order consistent with the relief requested herein is attached.

Respectfully submitted,


/s/ Roscoe C. Howard, Jr. /bmr
_____
ROSCOE C. HOWARD, JR., DC BAR # 246470
United States Attorney


/s/ Mark E. Nagle /bmr
_____
MARK E. NAGLE, DC Bar #416364
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Tenth Floor
Washington, D.C. 20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on <u>Wednesday, April 28, 2004</u>, service of the foregoing ***Defendant's Second Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint*** was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail to:

Peter S. Herrick, Esq.
3520 Crystal View Court
Miami, Florida 33133

/s/ Beverly M. Russell
_____
Beverly M. Russell
Assistant U.S. Attorney