UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER S. HERRICKS'S** ) <br> **CUSTOMS AND INTERNATIONAL** ) <br> **TRADE NEWSLETTER,** ) <br>        ) <br>    **Plaintiff** ) <br>        ) **Civil Action No. 04-00377(JDB)** <br>    v.   ) <br>        ) <br> **U.S. CUSTOMS AND BORDER** ) <br>  **PROTECTION,** ) <br>        ) <br>    **Defendant.** ) <br>        ) | |

**ORDER**

UPON CONSIDERATION of *Defendant's Second Unopposed Motion for Enlargement of Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint*, and the entire record herein, it is this _____ day of _____, 2004 hereby

ORDERED that the Motion is GRANTED, and that defendant shall have up to and including May 28, 2004 to respond to plaintiff's Complaint.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:
Peter S. Herrick, Esq.
3520 Crystal View Court
Miami, Florida 33133

Beverly M. Russell
U.S. Attorney's Office
555 Fourth Street, N.W., Room 10-911
Washington, D.C.  20590